**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3743-19

CRAIG WATTS,

    Plaintiff-Appellant,

v.

ESSEX COUNTY SHERIFF'S
OFFICE and 64 LLEWELLYN,
LLC, a New Jersey corporation,

    Defendants-Respondents.

_____

Submitted September 16, 2021 – Decided September 30, 2021

Before Judges Gooden Brown and Gummer.

On appeal from the Superior Court of New Jersey, Law Division, Essex County, Docket No. L-3655-19.

Craig Watts, appellant pro se.

Courtney M. Gaccione, Essex County Counsel, attorney for respondent Essex County Sheriff's Office (Alan Ruddy, Assistant County Counsel, on the brief).

PER CURIAM

In this latest challenge by plaintiff of defendant Essex County Sheriff's Office's post-foreclosure sale of property formerly owned by plaintiff to defendant 64 Llewellyn, LLC, plaintiff appeals orders granting defendants' motions to dismiss the complaint, denying plaintiff's cross-motion for summary judgment, and denying plaintiff's motion for reconsideration. We affirm the orders granting defendants' motions to dismiss and denying plaintiff's summary-judgment motion substantially for the reasons set forth in Judge Stephen L. Petrillo's comprehensive, written decision. We affirm the order denying plaintiff's motion for reconsideration because we see no abuse of discretion in that decision. See Branch v. Cream-O-Land Dairy, 244 N.J. 567, 582 (2021).

Affirmed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-3743-19